RAI DRIESEN FLECHTNER, PROSECUTRIX-APPELLANT, v. BOARD OF EDUCATION OF THE DISTRICT OF HOBOKEN AND STATE BOARD OF EDUCATION, DEFENDENTS-RESPONDENTS.

ANGELINA KOCH DOWNS, PROSECUTRIX-APPELLANT, v. BOARD OF EDUCATION OF THE DISTRICT OF HOBOKEN AND STATE BOARD OF EDUCATION, DEFENDANTS-RESPONDENTS.

BOARD OF EDUCATION OF THE DISTRICT OF HOBOKEN, PROSECUTOR-APPELLANT, v. RAI DRIESEN FLECHTNER AND STATE BOARD OF EDUCATION, DEFENDANTS-RESPONDENTS.

BOARD OF EDUCATION OF THE DISTRICT OF HOBOKEN, PROSECUTOR-APPELLANT, v. ANGELINA KOCH DOWNS AND STATE BOARD OF EDUCATION, DEFENDANTS-RESPONDENTS.

Argued May 23, 1934—Decided September 27, 1934.

For the defendant-respondent and prosecutor-appellant, Board of Education of District of Hoboken, *Joseph Greenberg.*

For the prosecutrices-appellants and defendants-respondents Angelina Koch Downs and Rai Driesen Flechtner, *Arthur T. Vanderbilt.*

PER CURIAM.

The judgments under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.